# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00138 |
| | ) Assigned To : Harvey, G. Michael |
| Kyle Kumer | ) Assign. Date : 6/21/2023 |
| DOB: 02/11/1980 | ) Description: Complaint W/ Arrest Warrant |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | (Civil Disorder) , |
| 18 U.S.C. § 1752(a)(1) | (Entering and Remaining in a Restricted Building or Grounds) , |
| 18 U.S.C. § 1752(a)(2) | (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) , |
| 40 U.S.C. § 5104(e)(2)(E) | (Impeding Passage Through the Capitol Grounds or Buildings) . |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Simon Golob, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 06/21/2023

*Judge's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*