# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Kyle Kumer<br><br>_Defendant_ | ) Case: 1:23-mj-00138<br>) Assigned To : Harvey, G. Michael<br>) Assign. Date : 6/21/2023<br>) Description: Complaint W/ Arrest Warrant<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     Kyle Kumer,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) (Civil Disorder) ;
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds) ;
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) ;
40 U.S.C. § 5104(e)(2)(E) (Impeding Passage Through the Capitol Grounds or Buildings) .

Date: 06/21/2023

G. Michael Harvey
_Digitally signed by G. Michael Harvey_
_Date: 2023.06.21 13:34:04 -04'00'_

_Issuing officer's signature_

City and state: Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 6/21/23 , and the person was arrested on _(date)_ 6/28/23
at _(city and state)_ Kansas City, MO .

Date: 6/28/23

_Arresting officer's signature_

SA Simon Gobb
_Printed name and title_