IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                Case No.   23-mj-00080-01-JAM

KYLE KUMER,

        Defendant.

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above-named defendant, having appeared before the Court this date and not having waived counsel, it is

ORDERED that Laine Cardarella, Federal Public Defender, and Steve Moss, William M. Ermine, Travis Poindexter, Robert Kuchar, Ronna Holloman-Hughes, William Raymond, Carie Allen, Todd M. Schultz, Angela Williams, Lesley Smith and Chelsea Wilson, Assistant Federal Public Defenders, Federal Public Defender's Office - KCMO Walnut Street, 1000 Walnut, Ste. 600 Kansas City, MO 64106, telephone number (816) 471-8282; David R. Mercer, Ann Koszuth, Michelle Nahon, Ian A. Lewis and Michelle Law, Assistant Federal Public Defenders, 901 St. Louis Street, Suite 801, Springfield, Missouri 65806, telephone number (417) 873-9022 and Troy Stabenow, Assistant Federal Public Defender, 221 Bolivar Street, Suite 104, Jefferson City, MO 65101, telephone number (573) 636-8747, be, and they are hereby, appointed to represent the defendant before the Court and in all proceedings thereafter unless and until relieved by order of the United States District Court for the Western District of Missouri.

                                                      /s/ Jill A. Morris
                                                    JILL A. MORRIS
                                                    UNITED STATES MAGISTRATE JUDGE

Kansas City, Missouri
June 28, 2023